**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TERESA KING,

        Plaintiff,

vs.                                                  Case No. 3:09-cv-848-J-32MCR

ITT EDUCATIONAL SERVICES,
INC.,

        Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's September 28, 2010 Report and Recommendation (Doc. 32) and the parties' Notices of Non-Objection (Docs. 33 and 34). Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 32) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Renewed Motion to Approve Settlement Agreement (Doc. 30) is **GRANTED** to the extent that the Settlement Agreement and Mutual General Release are **APPROVED** as explained by the Magistrate Judge's Report and Recommendation (Doc. 32); the Court takes no position on the other provisions and is not retaining jurisdiction to enforce its terms**.**

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 4th day of October, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record